```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**BRANDY LINDY, et al.**                                  PLAINTIFFS

       v.       Civil No. 05-2171

**JIM RAY, INC., an Arkansas corporation,
d/b/a JIM RAY NISSAN of Fort Smith,
Arkansas, and these individuals:  BILLY
COOPER, MARK VANDERMOLEN, and JIM RAY**          DEFENDANTS

## O R D E R

Now on this 22nd day of May, 2006, comes on for consideration **Plaintiffs' Motion To Compel Stonebridge Cas. Ins. Co. To Comply With A Subpoena And Deposition Upon Written Questions** (document #23), and the Court, having been advised by counsel for the plaintiff that the issue has been resolved, finds that said motion should be, and same hereby is, **denied** as moot.

    **IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE**